UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| TONI MICHELLE MOBLEY, | ) ) ) ) | Case No. 08-48291-705<br>Judge Kathy A. Surratt-States<br>Chapter 7 |
| Debtor. | ) ) | |
| TONI MICHELLE MOBLEY, | ) ) | **Adversary No. 09-4234-659** |
| | ) ) | **PUBLISHED** |
| Plaintiff, | ) ) | |
| -v- | ) ) | |
| SALLIE MAE STUDENT LOANS, ET. AL, | ) ) ) | |
| Defendants. | ) | |

## O R D E R

The matter before the Court is Plaintiff's Motion to Discharge Student Loan Debt. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is DENIED in that Plaintiff's request to discharge student loans is DENIED and judgment is entered in favor of Defendant Sallie Mae, Inc. and Defendant Chase Student Loan Servicing LLC in that the student loan debt is NOT dischargeable; and this is the final judgment and Order of this Bankruptcy Court in this case.

_____
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: November 2, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Nicholas P. Llewellyn
U.S. Attorney's Office
111 South Tenth Street - 20.333
Saint Louis, MO 63102

Linda S. Tarpley
Singer, Tarpley & Jones, P.A.
P.O. Box 480856
Kansas City, MO 64148

Donna M. Sommars
Sommars & Associates, LLC
911 Washington Ave., Ste. 415
St. Louis, MO 63101

Wesley D. Wedemeyer
Office of the United States Attorney
111 S. 10th St., Room 20.333
St. Louis, MO 63102

Toni Michelle Mobley
925 Patience Drive
Florissant, MO 63034